**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Wormhole Labs, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FKA  TapThere, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-5491901** |

4. Debtor's address

**Principal place of business**

**11801 Domain Blvd., 3rd Floor**
**Austin, TX 78758**
Number, Street, City, State & ZIP Code

**Travis**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Wormhole Labs, Inc.**
Name

Case number *(if known)*

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5112__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| Debtor | **Wormhole Labs, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **Wormhole Labs, Inc.** | Case number (*if known*) |
| --- | --- | --- |
| | Name | |

☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Wormhole Labs, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 27, 2023**
MM / DD / YYYY

**X** **/s/ Mark Mitroka**                                              **Mark Mitroka**
Signature of authorized representative of debtor          Printed name

Title   **CAO and Secretary**

---

**18. Signature of attorney**

**X** **/s/ Mark C. Taylor**                          Date   **December 27, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Mark C. Taylor**
Printed name

**Holland & Knight LLP**
Firm name

**100 Congress Ave**
**Suite 1800**
**Austin, TX 78701**
Number, Street, City, State & ZIP Code

Contact phone   **512-685-6400**          Email address   **mark.taylor@hklaw.com**

**19713225 TX**
Bar number and State

DocuSign Envelope ID: 72D467AB-E332-423B-91D9-003B0E725835

# WRITTEN CONSENT OF THE BOARD OF DIRECTORS
## OF WORMHOLE LABS, INC.

### December 15, 2023

Pursuant to and in accordance with Section 141(f) of the Delaware General Corporation Law and the applicable organizational agreements, the undersigned, constituting the members of the Board of Directors (the "***Board***") of Wormhole Labs, Inc. (the "Company"), hereby take action, without holding a meeting, providing notice, or taking a vote, and consent to the adoption of the following resolutions as of the date first written above:

**WHEREAS**, the following resolutions are hereby adopted by the Board in the name and on behalf of the Company;

**WHEREAS**, the Board has considered the liabilities and liquidity situation of the Company, and the strategic alternatives available to the Company, and has determined that the Company and its creditors and equity holders will best be served by the Company's filing of a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

**WHEREAS**, the Board has considered the liabilities and liquidity situation of the Company, the advice of counsel, and the strategic alternatives available to the Company, and have determined that the Company and its creditors will best be served by the Company's filing of a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

**NOW THEREFORE, IT IS HEREBY RESOLVED**, that in the judgment of the Board, it is desirable and in the best interest of the Company, its creditors, equity holders and other interested parties, that a petition (the "***Petition***") be filed seeking relief under the provisions of Chapter 11 of the Bankruptcy Code, and the filing of such petition is authorized hereby; and it is further

**RESOLVED**, that Mark Mitroka and/or Herbert Hughes (the "Officers"[1]) are authorized and directed, for and on behalf of the Company, to execute and verify the Petition, and any amendments thereto, in the name of the Company under Chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for the Western District of Texas; and it is further

**RESOLVED**, that the Officers are hereby authorized to execute, verify, and/or file or cause to be filed (or direct others to do so on their behalf), all documents including, without limitation, petitions, schedules, lists, affidavits, motions, pleadings, and other papers, and to take any and all action which they deem necessary or proper in connection with such proceedings under Chapter 11; and it is further

**RESOLVED**, that the Officers are hereby authorized to retain and employ Holland & Knight LLP (the "***Firm***") as bankruptcy counsel, and are directed to execute a retention agreement

---

[1] Either Officer may act on behalf of the Company

1

DocuSign Envelope ID: 72D467AB-F332-4238-91D9-003B9F7C5835

with the Firm and pay all amounts due thereunder, and the Manager is likewise authorized to retain such other professionals as may be necessary for the Chapter 11 case; and it is further

**RESOLVED**, that the Officers are hereby authorized and directed to take such further actions on behalf of the Company as such Officers shall deem necessary or appropriate to enable the Company to perform its obligations and exercise its rights under Chapter 11 and to otherwise carry out the intent and purpose of the foregoing resolutions and the transactions contemplated thereby; and it is further

**RESOLVED,** that any and all actions previously taken by the Officers in connection with or in furtherance of the matters referred to in the foregoing resolutions are hereby confirmed, ratified, and approved as authorized and valid acts taken on behalf of the Company.

This Consent may be executed in multiple counterparts

*[Remainder of page left blank]*

**IN WITNESS WHEREOF**, the undersigned has executed this consent, effective as of the date first written above.

_William P Reid_
525E98FE5C76477...

Name: William Reid

_Rowland Hanson_
267F37A21179489...

Name: Rowland Hanson

_Phil Ranta_
DB4CEFA10458481...

Name: Phil Ranta

B4CEA11FDE46441...

Name: Michael Marcotte

F6B9BF481BF9435...

Name: Herbert Hughes

_Mark Mitroks_
40811333B5A74F5...

Name: Mark Mitroka

3

**Fill in this information to identify the case:**

Debtor name    **Wormhole Labs, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 27, 2023**     X **/s/ Mark Mitroka**
                                               Signature of individual signing on behalf of debtor

                                               **Mark Mitroka**
                                               Printed name

                                               **CAO and Secretary**
                                               Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Wormhole Labs, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jennifer Chen 111 Panorama Irvine, CA 92618 | | Convertible Note | | | | $1,584,783.00 |
| H. Hughes Investment Management LLC 4502 Elm River Court Fort Worth, TX 76116 | | Convertible Note | | | | $931,205.92 |
| Stevens Dynasty Trust of 2012 23 Harvey Drive Short Hills, NJ 07078 | | Convertible Note | | | | $693,068.50 |
| Bespoke Investments 1, LP #518-5525 West Boulevard Vancouver, BC V6M 3WG CANADA | | Convertible Note | | | | $675,713.87 |
| Alan L. Meltzer Revocable Trust 2000 South Ocean Blvd., #3K Boca Raton, FL 33432 | | Convertible Note | | | | $673,166.16 |
| Geoffrey S. Bradshaw-Mack 11 Equestrian Trail Weston, CT 06883 | | Convertible Note | | | | $666,200.02 |
| Pensco Trust Company FBO Lisa Wager 19 Dickel Road Scarsdale, NY 10583 | | Convertible Note | | | | $510,218.51 |

| Debtor | **Wormhole Labs, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Charles Cain 25003 Pitkin Road, #B100 Spring, TX 77386** | | Convertible Note | | | | $467,621.87 |
| **Onward Search LLC PO Box #5063 New York, NY 10087** | | Services | | | | $256,784.50 |
| **Eric Henkels 15446 N Greenway Hayden Loop Unit 3039 Scottsdale, AZ 85260** | | Services | | | | $253,665.00 |
| **Bryan Ganz 32 Traveler Street, Apt. 703 Boston, MA 02118** | | Convertible Note | | | | $224,966.39 |
| **Jenkki (2012) 85 Lovell Road Wykagyl, NY 10804** | | Convertible Note | | | | $214,858.33 |
| **Ron Wheaton 15919 Punta Espada Loop Corpus Christi, TX 78418** | | Convertible Note | | | | $211,792.77 |
| **Fish IP Law LLP 2603 Main Street, #1100 Irvine, CA 92614** | | Convertible Note | | | | $181,512.33 |
| **Fish IP Law LLP 2603 Main Street, #1100 Irvine, CA 92614** | | Legal Services | | | | $180,215.45 |
| **The Larry J Garcia Revocable Trust of May 20, 2004 14 Padua Ct Newport Coast, CA 92656** | | Convertible Note | | | | $163,565.47 |
| **Andrew Sullivan 1067 Law Street San Diego, CA 92109** | | Convertible Note | | | | $162,633.37 |
| **Ganz 1997 Trust 10056 E. Flathorn Dr. Scottsdale, AZ 85255** | | Convertible Note | | | | $147,257.25 |

Debtor **Wormhole Labs, Inc.**
    Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ed Crowder 2373 Westfield Avenue Winston-Salem, NC 27103** | | **Convertible Note** | | | | **$144,626.67** |
| **Sabra Capital 12758 NW 69th Court Parkland, FL 33076** | | **Convertible Note** | | | | **$143,238.88** |

# United States Bankruptcy Court
## Western District of Texas

In re    **Wormhole Labs, Inc.**                  Case No.

                            Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **54 Dyer, LP**<br>**7 Waterford Oaks Lane**<br>**Kemah, TX 77565** | **Common** | **307,031** | **Stock** |
| **Alan L. Meltzer Revocable Trust**<br>**2000 South Ocean Blvd., #3K**<br>**Boca Raton, FL 33432** | **Common** | **199,271** | **Stock** |
| **Baghramian Family Revocable Living Trust**<br>**dated July 26, 1991**<br>**29 N. Sea Isle Drive**<br>**Long Beach, CA 90803** | **Common** | **72,499** | **Stock** |
| **Bespoke Investments 1, LP**<br>**#518-5525 West Boulevard**<br>**Vancouver, BC V6M 3WG**<br>**CANADA** | **Common** | **500,000** | **Stock** |
| **Bigi Trust Dated March 5, 2010**<br>**40 Rockingham Drive**<br>**Newport Beach, CA 92660** | **Common** | **57,435** | **Stock** |
| **Brittany Elizabeth Flink**<br>**6813 Standering Road**<br>**Fort Worth, TX 76116** | **Common** | **33,212** | **Stock** |
| **Bryan Ganz**<br>**32 Traveler Street, Apt. 703**<br>**Boston, MA 02118** | **Common** | **140,848** | **Stock** |
| **Burton Young SEP IRA**<br>**c/o Michele Carey**<br>**J&M Asset Management, Ltd.**<br>**490 Pennsylvania Avenue**<br>**Glen Ellyn, IL 60137** | **Common** | **128,890** | **Stock** |
| **Charles Cain**<br>**25003 Pitkin Road, #B100**<br>**Spring, TX 77386** | **Common** | **452,422** | **Stock** |
| **Charles Hughes**<br>**1220 11th Street NW, Apt. #1**<br>**Washington, DC 20001** | **Common** | **30,000** | **Stock** |

Sheet 1 of 5 in List of Equity Security Holders

In re:  **Wormhole Labs, Inc.**         Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Clive Bode**<br>**c/o Tarrant Management, LLC**<br>**301 Commerce Street, Suite 3150**<br>**Fort Worth, TX 76102** | **Common** | **462,308** | **Stock** |
| **Curtis Hutten**<br>**921 Summit Way**<br>**Laguna Beach, CA 92651** | **Common** | **1,675,424** | **Stock** |
| **Dr. Steven N. Brourman**<br>**14600 Sherman Way, Suite 100A**<br>**Van Nuys, CA 91405** | **Common** | **1,869,680** | **Stock** |
| **Eric Henkels**<br>**15446 N Greenway Hayden Loop**<br>**Unit 3039**<br>**Scottsdale, AZ 85260** | **Common** | **200,000** | **Stock** |
| **Eric Sobol**<br>**4011 73rd Ter E**<br>**Sarasota, FL 34243** | **Common** | **99,635** | **Stock** |
| **Ganz 1997 Trust**<br>**10056 E. Flathorn Dr.**<br>**Scottsdale, AZ 85255** | **Common** | **140,848** | **Stock** |
| **Geoffrey S. Bradshaw-Mack**<br>**11 Equestrian Trail**<br>**Weston, CT 06883** | **Common** | **281,518** | **Stock** |
| **Goldbrunner, Peter R and Joan Family Tru**<br>**dated November 11, 2003**<br>**2105 Vista Entrada**<br>**Newport Beach, CA 92660** | **Common** | **71,794** | **Stock** |
| **H. Hughes Investment Management LLC**<br>**4502 Elm River Court**<br>**Fort Worth, TX 76116** | **Common** | **727,647** | **Stock** |
| **High Cotton Holdings LLC**<br>**Attn: Anthony Icenogle**<br>**6907 N. Capital of Texas Hwy**<br>**Suite 220**<br>**Austin, TX 78731** | **Common** | **6,538,555** | **Stock** |

In re:  **Wormhole Labs, Inc.** _____  Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **High Cotton Holdings LLC**<br>**Attn: Anthony Icenogle**<br>**6907 N. Capital of Texas Hwy**<br>**Suite 220**<br>**Austin, TX 78731** | **Preferred** | **2,382,196** | **Stock** |
| **IRAR Trust**<br>**FBO: Scott Bondurant IRA**<br>**558 Ridge Road**<br>**Winnetka, IL 60093** | **Common** | **99,635** | **Stock** |
| **Isabella Hughes**<br>**4502 Elm River Court**<br>**Fort Worth, TX 76116** | **Common** | **30,000** | **Stock** |
| **Jack W. Carroll** | **Common** | **29,023** | **Stock** |
| **Jeffrey F. Levey, P.A. 401K Profit Shari**<br>**9130 S. Dadeland Blvd., Suite 1528**<br>**Miami, FL 33156** | **Common** | **99,635** | **Stock** |
| **Karl Stomberg**<br>**79 N. Lamerie Way**<br>**The Woodlands, TX 77382** | **Common** | **199,271** | **Stock** |
| **Lorena & Rocco Bravo**<br>**6305 Elm Street**<br>**Houston, TX 77081** | **Common** | **149,453** | **Stock** |
| **Marina Pahomova** | **Common** | **52,966** | **Stock** |
| **Mark and Michelle Diggs**<br>**14 Alisal Court**<br>**Aliso Viejo, CA 92656** | **Common** | **422,487** | **Stock** |
| **Michael Warren**<br>**15 Graystone Terrace**<br>**San Francisco, CA 94114** | **Common** | **99,635** | **Stock** |
| **Millennium Trust Company LLC Cust**<br>**FBO Ran Sperry IRA**<br>**2001 Spring Road, Suite 700**<br>**Oak Brook, IL 60523** | **Common** | **272,586** | **Stock** |

List of equity security holders consists of 5 total page(s)

In re:  **Wormhole Labs, Inc.** _____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Northeast Industrial Partners LLC**<br>**107 Audubon Road**<br>**Bldg 2-Ste 201**<br>**Wakefield, MA 01880** | **Common** | **140,848** | **Stock** |
| **Paul Jensen**<br>**17 Fairways Lane**<br>**Methuen, MA 08144** | **Common** | **49,818** | **Stock** |
| **Phil Broenniman**<br>**2130 Hermosa Drive**<br>**Boulder, CO 80304** | **Common** | **99,635** | **Stock** |
| **Phil Ranta**<br>**1077 S Lucerne Blvd**<br>**Los Angeles, CA 90019** | **Common** | **300,000** | **Stock** |
| **PK Holdings, Inc.**<br>**c/o Patrick Kelly**<br>**1750 Sky Lark Lane, Unit 1716**<br>**Houston, TX 77056-3738** | **Common** | **191,894** | **Stock** |
| **Richard B. Salzman Revocable Trust**<br>**11015 S.W. 77th Court Cir.**<br>**Miami, FL 33156** | **Common** | **99,635** | **Stock** |
| **Rob Sigler**<br>**18 Sky Ranch Road**<br>**Ladera Ranch, CA 92694** | **Common** | **99,635** | **Stock** |
| **Robert Walters**<br>**560 Barron Avenue**<br>**Palo Alto, CA 94306** | **Common** | **30,000** | **Stock** |
| **Ron Magill**<br>**13105 SW 107 Terrace**<br>**Miami, FL 33186** | **Common** | **99,635** | **Stock** |
| **Ron Wheaton**<br>**15919 Punta Espada Loop**<br>**Corpus Christi, TX 78418** | **Common** | **264,488** | **Stock** |
| **Scoots Investments LP**<br>**7 Waterford Oaks Lane**<br>**Kemah, TX 77565** | **Common** | **750,000** | **Stock** |

List of equity security holders consists of 5 total page(s)

In re:  **Wormhole Labs, Inc.** _____  Case No. _____
                                 Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sloane Smith Kusich**<br>**11301 Northpointe Court**<br>**Aledo, TX 76008** | **Common** | **33,212** | **Stock** |
| **Southern Luxury Motorcars LLC**<br>**c/o Chris Murray**<br>**602 Sawyer Street, Suite 400**<br>**Houston, TX 77007** | **Common** | **191,895** | **Stock** |
| **Spencer Street Smith**<br>**616 Roaring Springs Road**<br>**Fort Worth, TX 76114** | **Common** | **33,211** | **Stock** |
| **Steven L. Craig**<br>**1 Oceancrest**<br>**Newport Coast, CA 92657** | **Common** | **292,202** | **Stock** |
| **Susan Dale**<br>**PO Box 1178**<br>**Weatherford, TX 76087** | **Common** | **99,635** | **Stock** |
| **SVN Management Inc.**<br>**18881 Von Karmen, Suite 800**<br>**Irvine, CA 92612** | **Common** | **265,748** | **Stock** |
| **William P. Reid**<br>**7 Waterford Oaks Lane**<br>**Kemah, TX 77565** | **Common** | **1,699,271** | **Stock** |
| **Young Family Trust Dated August 5, 1996**<br>**c/o SVN Management, Inc.**<br>**18881 Von Karmen, Suite 800**<br>**Irvine, CA 92612** | **Common** | **132,248** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CAO and Secretary** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December 27, 2023** _____   Signature  **/s/ Mark Mitroka**
                                                       **Mark Mitroka**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 5 total page(s)

# United States Bankruptcy Court
## Western District of Texas

In re    **Wormhole Labs, Inc.**

           Debtor(s)

Case No. _____

Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CAO and Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 27, 2023** _____          **/s/ Mark Mitroka** _____

                                                       **Mark Mitroka**/**CAO and Secretary**

                                                       Signer/Title

54 Dyer, LP
7 Waterford Oaks Lane
Kemah, TX 77565

Alan L. Meltzer Revocable Trust
2000 South Ocean Blvd., #3K
Boca Raton, FL 33432

Andrew Sullivan
1067 Law Street
San Diego, CA 92109

Anthony V Williams
7245 Martha Lans
Ft. Worth, TX 76112

Armanino LLP
1710 W. 6th Street
Austin, TX 78701

Baghramian Family Revocable Living Trust
dated July 26, 1991
29 N. Sea Isle Drive
Long Beach, CA 90803

Bespoke Investments 1, LP
#518-5525 West Boulevard
Vancouver, BC V6M 3WG
CANADA

Bigi Trust Dated March 5, 2010
40 Rockingham Drive
Newport Beach, CA 92660

Blast Enterprise Holding Co, LLC
12 Hillcrest Road
Mountain Lakes, NJ 07046

Brittany Elizabeth Flink
6813 Standering Road
Fort Worth, TX 76116

Bryan Ganz
32 Traveler Street, Apt. 703
Boston, MA 02118

Burton Young SEP IRA
c/o Michele Carey
J&M Asset Management, Ltd.
490 Pennsylvania Avenue
Glen Ellyn, IL 60137


Charles Cain
25003 Pitkin Road, #B100
Spring, TX 77386


Charles Hughes
1220 11th Street NW, Apt. #1
Washington, DC 20001


Clive Bode
c/o Tarrant Management, LLC
301 Commerce Street, Suite 3150
Fort Worth, TX 76102


Curtis Hutten
921 Summit Way
Laguna Beach, CA 92651


Daniel Scott Julian
1803 Meadow View Circle
Cedar Falls, IA 50613


Dayvid Jones
633 Valle Vista #2
Oakland, CA 94610


Delaware Department of State
Division of Corporations
PO Box 898
Dover, DE 19903


Donald Levantin
6 Woodcock Lane
Westport, CT 06880


Doug Lipton
1225 Park Avenue
Apt 2A
New York, NY 10128

Dr. Steven N. Brourman
14600 Sherman Way, Suite 100A
Van Nuys, CA 91405


Ed Crowder
2373 Westfield Avenue
Winston-Salem, NC 27103


Eric Henkels
15446 N Greenway Hayden Loop
Unit 3039
Scottsdale, AZ 85260


Eric Sobol
4011 73rd Ter E
Sarasota, FL 34243


Fifth Avenue Law Group PLLC
701 Fifth Avenue
Suite 2800
Seattle, WA 98104


Fish IP Law LLP
2603 Main Street, #1100
Irvine, CA 92614


Ganz 1997 Trust
10056 E. Flathorn Dr.
Scottsdale, AZ 85255


Geoffrey S. Bradshaw-Mack
11 Equestrian Trail
Weston, CT 06883


Globalstep Technology Solutions LLC
5956 Sherry Lane
Suite 1850
Dallas, TX 75225


Goldbrunner, Peter R and Joan Family Tru
dated November 11, 2003
2105 Vista Entrada
Newport Beach, CA 92660

H. Hughes Investment Management LLC
4502 Elm River Court
Fort Worth, TX 76116


Herbert Hughes
4502 Elm River Court
Fort Worth, TX 76116


High Cotton Holdings LLC
Attn: Anthony Icenogle
6907 N. Capital of Texas Hwy
Suite 220
Austin, TX 78731


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


IRAR Trust
FBO: Scott Bondurant IRA
558 Ridge Road
Winnetka, IL 60093


Isabella Hughes
4502 Elm River Court
Fort Worth, TX 76116


Jeffery Hohenstein
2290 Summerset Court
Kronenwetter, WI 54455


Jeffrey F. Levey, P.A. 401K Profit Shari
9130 S. Dadeland Blvd., Suite 1528
Miami, FL 33156


Jenkki (2012)
85 Lovell Road
Wykagyl, NY 10804


Jennifer Chen
111 Panorama
Irvine, CA 92618

Karl Stomberg
79 N. Lamerie Way
The Woodlands, TX 77382


Kevin Barrett
PO Box 1475
Ranch Santa Fe, CA 92607


Little Rabbit Studios
5765-F Burke Centre Parkway
#111
Burke, VA 22015


Lorena & Rocco Bravo
6305 Elm Street
Houston, TX 77081


Malcolm McClellan
4700 Pine Ridge Lane
Ft. Worth, TX 76123


Mark and Michelle Diggs
14 Alisal Court
Aliso Viejo, CA 92656


Mark Mitroka
4111 Percheron Bend
Cedar Park, TX 78613


Metal Esports
5901 Engineer Drive
Huntington Beach, CA 92649


Michael Reardon
1026 E. 1100 N
Pleasant Grove, UT 84062


Michael Warren
15 Graystone Terrace
San Francisco, CA 94114


Millennium Trust Company LLC Cust
FBO Ran Sperry IRA
2001 Spring Road, Suite 700
Oak Brook, IL 60523

Northeast Industrial Partners LLC
107 Audubon Road
Bldg 2-Ste 201
Wakefield, MA 01880


Onward Search LLC
PO Box #5063
New York, NY 10087


Paul Jensen
17 Fairways Lane
Methuen, MA 08144


Pensco Trust Company FBO Lisa Wager
19 Dickel Road
Scarsdale, NY 10583


Phil Broenniman
2130 Hermosa Drive
Boulder, CO 80304


Phil Ranta
1077 S Lucerne Blvd
Los Angeles, CA 90019


PK Holdings, Inc.
c/o Patrick Kelly
1750 Sky Lark Lane, Unit 1716
Houston, TX 77056-3738


Richard B. Salzman Revocable Trust
11015 S.W. 77th Court Cir.
Miami, FL 33156


Richard Salzman Trust
11015 SW 77th Court Circle
Miami, FL 33156


Rob Sigler
18 Sky Ranch Road
Ladera Ranch, CA 92694


Robert Walters
560 Barron Avenue
Palo Alto, CA 94306

Ron Magill
13105 SW 107 Terrace
Miami, FL 33186


Ron Wheaton
15919 Punta Espada Loop
Corpus Christi, TX 78418


Sabra Capital
12758 NW 69th Court
Parkland, FL 33076


Scoots Investments LP
7 Waterford Oaks Lane
Kemah, TX 77565


Sloane Smith Kusich
11301 Northpointe Court
Aledo, TX 76008


Sojourn Advisors
4111 Percheron Bend
Cedar Park, TX 78613


Southern Luxury Motorcars LLC
c/o Chris Murray
602 Sawyer Street, Suite 400
Houston, TX 77007


Spencer Street Smith
616 Roaring Springs Road
Fort Worth, TX 76114


Steven L. Craig
1 Oceancrest
Newport Coast, CA 92657


Stevens Dynasty Trust of 2012
23 Harvey Drive
Short Hills, NJ 07078


Susan Dale
PO Box 1178
Weatherford, TX 76087

SVN Management Inc.
18881 Von Karmen, Suite 800
Irvine, CA 92612

Texas Comptroller of Public Accounts
Revenue Accounting Div.-Bankruptcy Sec.
P.O. Box 13528 Capitol Station
Austin, TX 78711

The Larry J Garcia Revocable Trust
of May 20, 2004
14 Padua Ct
Newport Coast, CA 92656

Travis County Tax Assessor-Collector
PO Box 1748
Austin, TX 78767

Vhornet, Inc.
2488 86th Street
Eau Claire, WI 54703

Vincent Scott
15214 Willow Wood Ln
Fontana, CA 92336

White Oak Capital, LLC
701 Fifth Avenue
Suite 2800
Seattle, WA 98104

William P. Reid
7 Waterford Oaks Lane
Kemah, TX 77565

Young Family Trust Dated August 5, 1996
c/o SVN Management, Inc.
18881 Von Karmen, Suite 800
Irvine, CA 92612

# United States Bankruptcy Court
## Western District of Texas

In re   **Wormhole Labs, Inc.**                                                    Case No. _____
                                          Debtor(s)                Chapter      **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Wormhole Labs, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**High Cotton Holdings LLC**
**Attn: Anthony Icenogle**
**6907 N. Capital of Texas Hwy**
**Suite 220**
**Austin, TX 78731**

**High Cotton Holdings LLC**
**Attn: Anthony Icenogle**
**6907 N. Capital of Texas Hwy**
**Suite 220**
**Austin, TX 78731**


☐ None [*Check if applicable*]


**December 27, 2023**                                    **/s/ Mark C. Taylor**
Date                                                     **Mark C. Taylor**
                                                         Signature of Attorney or Litigant
                                                         Counsel for   **Wormhole Labs, Inc.**
                                                         **Holland & Knight LLP**
                                                         **100 Congress Ave**
                                                         **Suite 1800**
                                                         **Austin, TX 78701**
                                                         **512-685-6400 Fax:512-685-6417**
                                                         **mark.taylor@hklaw.com**